# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| In re:<br><br>**Philip Christopher Herring,**<br>　　Debtor,<br>**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust,**<br>　　Movant,<br>v.<br>**Philip Christopher Herring,**<br>　　Debtor/Respondent,<br>**Scott F. Waterman,**<br>　　Trustee/Respondent. | **Bankruptcy No. 18-15958-pmm**<br><br>**Chapter 13**<br><br>**Related Docs.: 57, 58** |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this 26th day of October, 2023, upon consideration of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust's Certification of Default, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust; and it is further

ORDERED, that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 2322

Lehigh Avenue, Whitehall, Pennsylvania 18052, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

*Patricia M. Mayer*

**Date: October 26, 2023**

Hon. Judge Patricia M. Mayer
U.S. Bankruptcy Court Judge